**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John L. Mims                  CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 21-12565 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                          Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
17 Nov 2021, 13:59:41, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 8ab38e2feb3bc1bc9cd30d95ad1ff110a3d5c9e48d7afe71c5abdb0ace90291f