**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: John L. Mims                :          Chapter: 7
                                   :
      Debtor(s)           :          Bankruptcy No.: 21-12565-ELF
                                   :
                                   :

**NOTICE OF DEFICIENCY**

PLEASE TAKE NOTE:

      The above referenced Debtor(s) have failed to appear at two (2) scheduled §341 Meetings of Creditors on 11/22/21 and 12/8/21.

      ANDREW R. VARA
      United States Trustee for Regions 3 and 9

By: */s/ Maria Borgesi*
    Maria Borgesi
    Paralegal