UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOHN MIMS | : | Chapter 7 |
| | : | |
| Debtor | : | Bky. No. 21-12565 ELF |

### ORDER TO SHOW CAUSE WHY DEBTOR'S CASE SHOULD NOT BE DISMISSED

**AND NOW,** the docket reflecting that the Debtor failed to appear at the scheduled §341 Meeting of Creditors,

It is hereby **ORDERED** that a telephonic hearing shall be held **on January 5, 2022 at 10:00 a.m** to consider whether this bankruptcy case should be dismissed. See 11 U.S.C. §§105(a), 707(a).[1]

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be **DISMISSED** without further notice or hearing.

Date: December 16, 2021

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

---

[1] Instructions for appearing by telephone may be found on the court's website at: https://www.paeb.uscourts.gov/file/conference-call-numbers.