IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :Chapter 7 |
| JOHN L. MIMS | : |
| | : |
| | : |
| Debtor | :Bankruptcy No. 21-12565 ELF |

### STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

AND NOW, this 16th of December, 2021, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Michael J. McCrystal, Esquire, as follows:

1. The current deadline for Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is December 21, 2021.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until February 19, 2022 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b).

_____
Robert H. Holber, Esquire
Chapter 7 Trustee

_____
Michael J. McCrystal, Esquire
Counsel for Debtor

### ORDER

AND NOW, this 17th day of December, 2021, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court with full force and effect thereof.

_____
Eric L. Frank
United States Bankruptcy Judge